IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOHN DANIEL FRANCES,**

    Petitioner,

v.                                                                    Case No.: 3:09cv411/MCR/EMT

**KENNETH S. TUCKER,**

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 6, 2012 (doc. 68).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  The amended petition for writ of habeas corpus (doc. 44) is **DENIED**.

3.  A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 6th day of September, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**